UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHANIE TABOR, Individually And On
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

BODISEN BIOTECH, INC., BO CHEN, WANG
CHUNSHENG, KAREN QIONG WANT,
YILIANG LAI, and KABANI & CO., INC.,

                Defendants.
-----------------------------------------------------------x

Case No. 06-CV-13220 (VM)

**Rule 7.1 Statement**

      PLEASE TAKE NOTICE, pursuant to Fed. Rule Civ. Proc. 7.1, that defendant Kabani & Company, Inc. does not have any parent corporations, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         February 11, 2008

                                       JONES HIRSCH CONNORS & BULL, P.C.
                                       *Attorneys for Defendant*
                                       *Kabani & Company, Inc.*

               By:     *[signature]*
                         Alan M. Gelb, Esq. (AG 4254)

                                       One Battery Park Plaza
                                       New York, NY 10004
                                       (212) 527-1000

K7874-716023.1