UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEPHANIE TABOR, Individually And On
Behalf of All Others Similarly Situated,            Case No. 06-CV-13220

                       Plaintiff,

                                   **AFFIDAVIT OF**
                                   **ABDUL HAMID KABANI**

          vs.

BODISEN BIOTECH, INC., BO CHEN, WANG
CHUNSHENG, KAREN QIONG WANG,
YILIANG LAI, and KABANI & CO., INC.,

                      Defendants.
-------------------------------------------------------------x


STATE OF CALIFORNIA      )
                                  ) ss.:
COUNTY OF LOS ANGELES  )

      **Abdul Hamid Kabani,** being duly sworn, deposes and says:

      1.     I am the President of defendant Kabani & Company, Inc. ("Kabani"), the certified public accounting firm which audited the financial statements of defendant Bodisen Biotech, Inc. ("Bodisen") for the years ended December 31, 2003, 2004 and 2005. I was the Partner in Charge of the 2003 and 2004 year end audits and the Concurring Partner for the 2005 audit. I have personal knowledge of the facts set forth herein.

      2.     Annexed as Exhibits 1 - 11 hereto are documents referenced in the Amended Consolidated Class Action Complaint ("AC") which were maintained in Kabani's files in the regular course of its business. I was responsible for the maintenance of these records in the exercise of my responsibilities for the firm.

Exhibit 1 is a copy of Bodisen's 2005 Form 10-KSB for the fiscal year ended December 31, 2005, filed with the SEC on its EDGAR system on March 28, 2006. (AC 32)

Exhibit 2 is a copy of Bodisen's 2005 Form 10-KSB/A for the fiscal year ended December 31, 2005, filed with the SEC on its EDGAR on August 2, 2006. (AC 32)

Exhibit 3 is a copy of Bodisen's Registration Statement (Form 424B1) dated February 3, 2006, and filed with the SEC on its EDGAR system on February 7, 2006. (AC 32)

Exhibit 4 is a copy of Bodisen's Prospectus (Form 424B3) dated August 10, 2006, and filed with the SEC on its EDGAR system on August 11, 2006. (AC 32)

Exhibit 5 is a copy of Bodisen's Quarterly Report (Form 10-QSB) for the quarterly period ending September 30, 2005, filed with the SEC on its EDGAR system on November 3, 2005. (AC 32)

Exhibit 6 is a copy of Bodisen's Quarterly Report (Form 10-QSB) for the quarterly period ending March 31, 2006, filed with the SEC on its EDGAR system on May 9, 2006 (AC 32).

Exhibit 7 is a copy of Bodisen's Amended Quarterly Report (Form 10-QSB/A) for the quarterly period ending March 31, 2006, filed with the SEC on its EDGAR system on August 2, 2006. (AC 32)

Exhibit 8 is a copy of Bodisen's Quarterly Report (Form 10-QSB) for the quarterly period ending June 30, 2006, filed with the SEC on its EDGAR system on August 14, 2006. (AC 32)

Exhibit 9 is a copy of Bodisen's Form 8-K, filed with the SEC on its EDGAR system on February 6, 2006. (51)

Exhibit 10 is a copy of Bodisen's Form 8-K, filed with the SEC on its EDGAR system on March 20, 2006. (AC 59)

Exhibit 11 is a copy of a letter from Amex dated March 22, 2007 (AC 30).

3.   Annexed hereto as Exhibits 12-14 are additional documents publicly filed with the SEC and maintained under my responsibilities for the firm.

Exhibit 12 is a copy of Bodisen's Registration Statement (Form SB-2/A) filed with the SEC on its EDGAR system on February 1, 2006.

Exhibit 13 is a copy of Bodisen's Registration Statement (Form SB-2/A filed with the SEC on its EDGAR system on February 2, 2006.

Exhibit 14 is a copy of Bodisen's Form 8-K, filed with the SEC on its EDGAR system on March 20, 2007.

_____
Abdul Hamid Kabani

Sworn to before me this
9 day of February, 2008
_____
Notary Public

LAURA S. VALDES
Commission # 1555492
Notary Public - California
Los Angeles County
My Comm. Expires Feb 27, 2009